# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEGGY LYNN GINSBACH, | Case No. 1:25-cv-00874-SKO |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS** |
| v. | |
| FRANK BISIGNANO, Commissioner of Social Security, | (Doc. 2) |
| Defendant. | |
| _____/ | |

  Plaintiff Peggy Lynn Ginsbach filed a complaint on July 17, 2025, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Docs. 1, 2.) Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

  Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis* is GRANTED; and

2. The Clerk of Court is DIRECTED to issue a summons, the Consent/Decline forms, and the Scheduling Order.  Service on the defendant shall proceed under the Court's E-Service program as follows: once a summons is issued, the Clerk of Court shall deliver to the Commissioner of Social Security Administration and the United States

1 | Attorney's Office at their designated email addresses, a notice of electronic filing of
2 | the action along with the summons and complaint.

IT IS SO ORDERED.

Dated: **July 17, 2025**                     /s/ *Sheila K. Oberto*
                                             UNITED STATES MAGISTRATE JUDGE

2