ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Oscar Gonzalez de Llano
Special Assistant United States Attorney
   Social Security Administration
   Law & Policy
   Program Litigation 1
   6401 Security Boulevard
   Baltimore, MD 21235
   Telephone: (510) 970-4818
   Email: Oscar.Gonzalez@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEGGY LYNN GINSBACH,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | No. 1:25-cv-00874-SKO<br><br>**STIPULATION AND UNOPPOSED MOTION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER**<br><br>(Doc. 10) |

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

On remand, the Commissioner will further develop the record as necessary, offer the claimant the opportunity for a hearing and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted this 18th day of September, 2025.

                ERIC GRANT
                United States Attorney

By:  *s/ Oscar Gonzalez de Llano*
      OSCAR GONZALEZ DE LLANO
      Special Assistant United States Attorney
      Attorneys for Defendant


By:  *s/ Sherianne Laba*
      Sherianne Laba
      Osterhout Berger Disability Law
      (*as authorized by email)
      Attorney for Plaintiff

## **ORDER**

Based upon the parties' Stipulation and Unopposed Motion for Voluntary Remand to Agency Pursuant to Sentence Four of 42 U.S.C. Section 405(g) and Entry of Judgment (Doc. 10), IT IS ORDERED that the above-captioned matter be remanded to the agency for further administrative proceedings pursuant to sentence four of 42 U.S.C. section 405(g). Upon remand, the agency will vacate the Administrative Law Judge's (ALJ) decision and remand the case to an ALJ to re-evaluate the evidence and issue a new decision.

The Clerk of Court shall enter a final judgment in favor of Plaintiff, and against Defendant, vacating and reversing the final decision of the Commissioner and shall thereafter close this case.

IT IS SO ORDERED.

Dated:  **September 19, 2025**           /s/ *Sheila K. Oberto*
                                          UNITED STATES MAGISTRATE JUDGE