ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Oscar Gonzalez de Llano
Special Assistant United States Attorney
Social Security Administration
Office of General Counsel
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4818
Email: Oscar.Gonzalez@ssa.gov
Attorneys for Defendant

Sherianne Laba (SBN: 204247)
Osterhout Berger Disability Law LLC
521 Cedar Way, Suite 200
Oakmont, PA 15139
Phone: (412) 794-8003
Fax: (412) 794-8050
Email: slaba@obl.law
Attorney for Plaintiff, Peggy Lynn Ginsbach

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Peggy Lynn Ginsbach<br><br>Plaintiff,<br><br>v.<br><br>Commissioner of Social Security,<br><br>Defendant. | Case No. 1:25-cv-00874-SKO<br><br>STIPULATION AND UNOPPOSED MOTION FOR THE AWARD OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA) 28 U.S.C. § 2412(d)<br><br>(Doc. 13) |

TO THE HONORABLE SHEILA K. OBERTO, MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT:

The Parties through their undersigned counsel, subject to the Court's approval, stipulate that Plaintiff be awarded attorney fees in the amount of ONE THOUSAND, TWO HUNDRED SEVENTY TWO DOLLARS and 54/100 ($1,272.54) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d). Plaintiff attests her net worth has not exceeded, $2,000,000.00, at the time of the filing of this civil action nor at the present.

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to counsel. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to counsel, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel, Sherianne Laba, at 521 Cedar Way, Suite 200, Oakmont, Pennsylvania 15139.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA fees, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of ONE THOUSAND, TWO HUNDRED SEVENTY TWO DOLLARS and 54/100 ($1,272.54) in EAJA attorney fees. The reimbursement of costs, not meeting any of the exception waivers provided for by 31 C.F.R. § 208.4, shall be made payable to Plaintiff's counsel, Sherianne Laba, and electronically deposited directly to the bank account of the law firm of Osterhout Berger Daley, LLC as required by 31

C.F.R. § 208.3 and the Bureau of Fiscal Service, Department of the Treasury.

These payments shall constitute a complete release from, and bar to, any and all claims that Plaintiff and Plaintiff's attorney, Sherianne Laba, may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Plaintiff's attorney to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

                Respectfully submitted,

Dated: December 15, 2025        */s/ Sherianne Laba*
                                      SHERIANNE LABA, ESQUIRE
                                      Attorney for Plaintiff

Dated: December 15, 2025        ERIC GRANT
                                      United States Attorney

                                      By: */s/ Oscar Gonzalez de Llano*
                                      OSCAR GONZALEZ DE LLANO
                                      Special Assistant United States Attorney
                                      Attorneys for Defendant
                                      (*Permission to use electronic signature
                                      obtained via email on 12/15/25).

**ORDER**

Based upon the parties' Stipulation and Unopposed Motion for the Award of Attorney Fees Under the Equal Access to Justice Act (EAJA) (the "Stipulation") (Doc. 13), **IT IS ORDERED** that attorney's fees of ONE THOUSAND TWO HUNDRED SEVENTY TWO DOLLARS and 54/100 ($1,272.54) under the EAJA are awarded in the amount as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

IT IS SO ORDERED.

Dated:   **December 17, 2025**          /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE